# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID GRANT, SR., | CASE NO. 1:10-cv-01608-LJO-SKO PC |
| Plaintiff, | ORDER DISMISSING IMPROPERLY JOINED CLAIM, AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983 |
| v. | |
| WARDEN, et al., | |
| Defendants. | (Docs. 1 and 9) |
| | ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

Plaintiff Michael David Grant, Sr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 7, 2010. On September 9, 2011, the Court dismissed Plaintiff's complaint for failure to state a claim and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), it is HEREBY ORDERED that:

1. Plaintiff's claim against Defendant Uzzle is dismissed from this action, without prejudice, as improperly joined;

2. This action is dismissed for failure to state a claim upon which relief may be granted under section 1983 as follows:

      a.      Plaintiff's claim regarding the failure to properly apply time credits is dismissed, without prejudice; and

      b.      Plaintiff's First Amendment and Eighth Amendment claims are dismissed, with prejudice; and

3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). <u>Silva v. Vittorio</u>, No. 08-15620, 2011 WL 4436248, at *4 (9th Cir. Sept. 26, 2011).

IT IS SO ORDERED.

**Dated:**   **October 27, 2011**            /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE